UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>Plaintiff,<br><br>v.<br><br>C. STANLEY, et al.,<br><br>Defendants. | 1:13-cv-01684-LJO-MJS (PC)<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (ECF No. 27)**<br>**(2) DENYING PLAINTIFF'S MOTION FOR RULING AS MOOT (ECF No. 26)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2015, Plaintiff filed a motion for ruling, requesting that the Court issue findings and recommendations regarding Plaintiff's Third Amended Complaint (ECF No. 26.) In fact, the Court issued its findings and recommendations that day. (ECF No. 25.) On April 20, 2015, Plaintiff filed a motion for a two-week extension of time to file objections to the findings and recommendations. (ECF No. 27). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

(1) Plaintiff is granted fourteen (14) days from the date of service of this order in

which to file objections to the findings and recommendations.

(2) Plaintiff's motion for ruling (ECF No. 26) is DENIED as moot.

IT IS SO ORDERED.

Dated:    April 21, 2015                    /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE