UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SESSING,<br><br>             Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>             Defendants. | 1:13-cv-01684-LJO-MJS (PC)<br><br>**AMENDED ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (ECF No. 27)**<br>**(2) DENYING PLAINTIFF'S MOTION FOR RULING AS MOOT (ECF No. 26)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

This amended order vacates and replaces the immediately preceding order (ECF No. 28) which stated the parties' names incorrectly. The two orders otherwise are the same in purpose, effect and holding and provide as set out below:

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 30, 2015, Plaintiff filed a motion for ruling, requesting that the Court issue findings and recommendations regarding his Third Amended Complaint (ECF No. 26.)  In fact, the Court issued its findings and recommendations that day. (ECF No. 25.) On April 20, 2015, Plaintiff filed a motion for a two-week extension of time to file objections to the findings and recommendations. (ECF No. 27).  Good cause having

1

been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    (1) Plaintiff is granted fourteen (14) days from the date of service of this order in which to file objections to the findings and recommendations.

    (2) Plaintiff's motion for ruling (ECF No. 26) is DENIED as moot.

    (3) The Court's previous order (ECF No. 28) is VACATED.

IT IS SO ORDERED.

Dated:   April 24, 2015               /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE