UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SESSING,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY BEARD, et al.,<br><br>        Defendants. | Case No.  1:13-cv-1684-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (ECF NO. 35) TO:**<br><br>**(1) TO SERVE COGNIZABLE EQUAL PROTECTION CLAIMS;**<br><br>**(2) DISMISS REMAINING CLAIMS WITH PREJUDICE; AND**<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On June 29, 2015, the Magistrate Judge issued findings and recommendations to permit Plaintiff to proceed on his Fourth Amended Complaint's Fourteenth Amendment Equal Protection claim against Defendants Stainer, Sherman, and Braggs,

and to dismiss all other claims and Defendant Beard with prejudice. Plaintiff has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court ADOPTS the findings and recommendations, filed on June 29, 2015 (ECF No. 35), in full;
2. Plaintiff shall proceed on the Fourth Amended Complaint's Fourteenth Amendment Equal Protection claim against Defendants Stainer, Sherman, and Braggs;
3. All other claims asserted in the Fourth Amended Complaint and Defendant Beard are DISMISSED WITH PREJUDICE;
4. The Clerk of Court shall Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Fourth Amended Complaint (ECF No. 34) filed June 19, 2015;
5. Within thirty (30) days from the date of this order, Plaintiff shall complete and return to the Court the notice of submission of documents along with the following documents:
    a. Three completed summonses,
    b. One completed USM-285 form for each Defendant listed above,
    c. Four (4) copies of the endorsed Fourth Amended Complaint filed June 19, 2015; and

6. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated:   **November 8, 2015**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

7.

3