UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SESSING,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | Case No.  1:13-cv-01684-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION FOR JUDGMENT ON OBJECTIONS**<br><br>**(ECF No. 46)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On June 29, 2015, the undersigned issued findings and recommendations for service of Plaintiff's cognizable claims, and to dismiss all other claims and Defendants. (ECF No. 35.) Plaintiff filed objections. (ECF No. 44.) The District Judge assigned to the case adopted the findings and recommendations on November 9, 2015. (ECF No. 45.)

Before the Court is Plaintiff's November 18, 2015 motion for judgment on his objections. (ECF No. 46.) He asks that the Court respond to his objections.

The District Judge considered Plaintiff's objections when ruling on the findings and recommendations. Accordingly, Plaintiff's objections already have been considered by the Court. No further ruling will issue in response to the objections.

Accordingly, Plaintiff's motion for judgment on objections (ECF No. 46) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: January 31, 2016         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

2