UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SESSING,<br><br>  Plaintiff,<br><br>  v.<br><br>STU SHERMAN, et al.,<br><br>  Defendants. | CASE NO. 1:13-cv-01684-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>**(ECF No. 63)** |

Plaintiff is a prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2016, the Magistrate Judge issued findings and recommendations (ECF No. 63) to deny Plaintiff's June 29, 2016 motion for a preliminary injunction. (ECF No. 59.) The Magistrate Judge imposed a fourteen day objection deadline. (ECF No. 63.) On August 1, 2016, Plaintiff filed a motion requesting a fourteen day extension of time to file his objections. (ECF No. 68.) On August 3, 2016, the Magistrate Judge granted Plaintiff's request. (ECF No. 69.) Plaintiff's objections were filed on September

12, 2016. (ECF No. 77.) He has provided no explanation for their untimeliness. No other parties have filed an objection.

The Court has considered Plaintiff's objections and finds they lack merit. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on July 18, 2016 (ECF No. 63) in full; and
2. Plaintiff's motion for a preliminary injunction (ECF No. 59) is DENIED.

IT IS SO ORDERED.

Dated:  **September 15, 2016**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2