UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SESSING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-01684-LJO-MJS (PC)<br><br>**ORDER DISREGARDING AS MOOT MOTION TO PROCEED IFP ON APPEAL**<br><br>**(ECF No. 136)** |

　　　　Plaintiff is a prisoner who proceeded pro se and in forma pauperis ("IFP") in a civil rights action pursuant to 42 U.S.C. § 1983 alleging the violation of his First Amendment free exercise rights. His case was dismissed on January 20, 2017. (ECF Nos. 116 & 117.)

　　　　On May 22, 2017, Plaintiff filed a notice of appeal to the Ninth Circuit. (ECF No. 135.) That same day, he filed a motion seeking leave to proceed IFP on appeal. (ECF No. 136.) Pursuant to Federal Rule of Appellate Procedure 24(3), "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization." As Plaintiff was granted leave to

proceed IFP in the underlying District Court action (ECF No. 4) the instant motion is unnecessary, and will therefore be DISREGARDED as moot.

IT IS SO ORDERED.

Dated: August 7, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE